# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTHERN DISTRICT OF CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 20cv499 JM (BGS)

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 3/17/2020

Date of judgment or order you are appealing: 2/11/2022

Docket entry number of judgment or order you are appealing: 100

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Deborah J. Tichenor

Is this a cross-appeal?  ○ Yes  ◉ No
If yes, what is the first appeal case number?
Was there a previous appeal in this case?  ○ Yes  ◉ No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:         State:        Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** *Hoyt C Hart II*   **Date** March 12, 2022

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                Rev. 12/01/2021

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Deborah J. Tichenor

Name(s) of counsel (if any):
Hoyt E. Hart II
Attorney at Law

Address: PO Box 675670  Rancho Santa Fe, CA  92067
Telephone number(s): (858) 756-1636
Email(s): hoyth@prodigy.net

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Kari Coronado

Name(s) of counsel (if any):
David G. Hoiles
Jackson Lewis P.C.

Address: 225 Broadway, Suite 2000 San Diego, CA  92101
Telephone number(s): (619) 573-4900
Email(s): David.hoiles@jacksonlewis.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6 | *1* | New 12/01/2018